# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154172

LORI CICHEWICZ,
              Plaintiff-Appellee,

v

MICHAEL S. SALESIN and MICHAEL S.
SALESIN, M.D., P.L.C.,
              Defendants-Appellants,
and

WALNUT LAKE OB/GYN, P.L.L.C.,
              Defendant.
_____/

SC: 154172
COA: 312806
Oakland CC: 2011-120900-NH

On order of the Chief Justice, the application for leave to appeal is ADMINISTRATIVELY CLOSED because it was filed under the incorrect Court of Appeals docket number. The Clerk's Office has re-docketed this application for leave to appeal as Supreme Court docket number 154290, arising out of Court of Appeals docket number 330301.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 19, 2016



Clerk